# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

IN RE:

Robert Dennis Campbell, Jr.

Debtor.

CHAPTER 7
CASE NO.:  21-00286-hb

SETTLEMENT ORDER

This matter comes before the Court pursuant to the motion of Specialized Loan Servicing, LLC (the "Movant"), seeking relief of the automatic stay pursuant to 11 U.S.C. §362(d) regarding real property described as 1001 Wildwood Road, Aiken, Aiken County, South Carolina, 29801, TMS #104-17-02-001 ("Property").   No objection to the requested relief was filed by the Debtor.  Movant and Janet B. Haigler, Trustee have entered into an agreement to allow the Trustee an opportunity to sell the Property while Movant pursues state court actions against the Property up to the point of foreclosure sale. Therefore, upon motion of Movant, and with the consent of the Trustee, it is hereby

ORDERED THAT:

(1)     Movant is hereby granted relief from the automatic stay to pursue state court actions against the Property.  However, Movant shall not seek a foreclosure sale of the Property until after the time afforded to the Trustee as noted in paragraphs 2 and 3 below.

 (2)     The Trustee shall have sixty (60) days from the date of the entry of this Order to obtain a contract of sale on the Property, in an amount sufficient to pay Movant's lien in full.  If a contract is obtained during this period, then the Trustee shall have an additional thirty (30) days to close on the contract.

(3)     If, at the end of the sixty (60) day period, no contract has been obtained, or, if at the end of the additional thirty (30) day period, no closing has occurred, then the Trustee will notify Movant so that Movant can proceed fully with state court actions against the Property.

IT IS SO ORDRERED.

**FILED BY THE COURT**
**09/20/2021**



Chief US Bankruptcy Judge
District of South Carolina

Entered: 09/20/2021

We certify that this order contains a true and complete statement of the agreed upon terms of settlement between the parties.


/s/Kevin T. Brown                             /s/Janet B. Haigler
Kevin T. Brown (I.D. 5801)                    Janet B. Haigler (I.D. 5708)
SCOTT & CORLEY, P.A                           CHAPTER 7 TRUSTEE
Attorneys for Movant                          P.O. Box 505
P.O. Box 2065                                 Chapin, SC 29036
Columbia, SC  29202                           (803) 261-9806
(803) 252-3340